UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ADAM Z. LONG, | * | 4:22-CV-4024 |
| Plaintiff, | * | |
| vs. | * | |
| SMITHFIELD PACKAGED MEATS CORP., | * | **THIRD-PARTY DEFENDANT L&B TRANSPORT, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendant / Third-Party Plaintiff, | * | |
| vs. | * | |
| ZEE COMPANY, INC. and L&B TRANSPORT, LLC, | * | |
| Third-Party Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant L&B Transport, LLC, through its counsel of record, hereby certifies that L&B Transport, LLC is wholly owned by L&B Holdings, LLC, a Louisiana LLC. No publicly held corporation owns 10 percent or more of the stock of L&B Holdings, LLC.

Dated at Sioux Falls, South Dakota, this 18th day of April, 2023.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

*/s/ Shane E. Eden*
Shane E. Eden
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030

1

Telephone: (605) 336-2880
E-mail: seden@dehs.com
*Attorneys for Third-Party Defendant L&B Transport, LLC*